UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUAL DELACRUZ,

Plaintiff,

-v-

WICKED AUDIO,

Defendant.

21-CV-8193 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice

but with the right to reopen within forty-five days if the parties' settlement agreement is not

consummated.  All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: November 3, 2021
       New York, New York

J. PAUL OETKEN
United States District Judge